STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

BARBARA J. VALLIERE (DCBN 439353)
DAVID J. WARD (CABN 239504)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    david.ward@usdoj.gov
    barbara.valliere@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARK DJANGO HICKS, a/k/a KAFANI,<br>TYRONE ALEXANDER JONES,<br>SUSAN ARREOLA-MARTIN,<br>CHRISTOPHER POOL<br>DEMARCUS HICKS a/k/a SMURF,<br>DIONYSIUS ("DONNIE") COSTELLO, and<br>LEIF SKOROCHOD<br><br>    Defendants. | CASE NOS.  20 CR-0108 JD<br>                 13 CR-00079 JD<br><br>**STIPULATION TO SET STATUS HEARING DATE AND TO EXCLUDE TIME FROM OCTOBER 21, 2021 TO NOVEMBER 15, 2021; [PROPOSED] ORDER** |

The parties to the above-captioned matter jointly file this Stipulation and Proposed Order asking the Court to set a status hearing in this case on November 15, 2021 at 10:30 a.m., and to exclude time from October 21, 2021 through November 15, 2021.

On July 13, 2021, the government filed a superseding indictment in the above-captioned case. *Dkt. 182.* On July 22, 2021, the parties appeared before the Honorable U.S. District Judge Phyllis

Hamilton for a status hearing and initial appearance on that superseding indictment. *Dkt. 201*. The United States and counsel for defendant Mark Hicks also appeared at that time for a status on the Form 12 filed as a result of the charges filed in this case. *See* 13-CR-0079. At the status hearing, the parties were ordered to appear before the Court on October 21, 2021 for further status, and time was excluded through that date under the Speedy Trial Act for effective preparation of defense counsel. *Dkt. 208*. On August 5, 2021, this case was reassigned to the Honorable U.S. District Judge James Donato, and all previously-set court dates were vacated. *Dkt. 214*.

The parties have met and conferred, and counsel for the United States and counsel for the defendants, Mark Django HICKS, Tyrone Alexander JONES, Susan ARREOLA-MARTIN, Christopher POOL, Demarcus HICKS, Dionysius COSTELLO and Leif SKOROCHOD jointly request that this Court set a status hearing on November 15, 2021 at 10:30 a.m. The parties further stipulate and agree that time be excluded under the Speedy Trial Act from October 21, 2021 through November 15, 2021.

The government and counsel for the defendants agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing discovery produced by the government. For this reason, the parties stipulate and agree that excluding time until November 15, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from October 21, 2021 through November 15, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: September 16, 2021                            /s/ *David J. Ward*
                                                     DAVID J. WARD
                                                     BARBARA J. VALLIERE
                                                     Assistant United States Attorneys

STIPULATION TO SET STATUS AND EXCLUDE TIME
Case Nos. 20-CR-0108 JD
         13-CR-0079 JD

DATED: September 16, 2021

/s/ *with permission*
EDWIN PRATHER
Attorney for Defendant HICKS

/s/ *with permission*
PATRICK ROBBINS
Attorney for Defendant JONES

/s/ *with permission*
CHARLES WOODSON
Attorney for Defendant POOL

/s/ *with permission*
KENNETH WINE
Attorney for Defendant ARREOLA-MARTIN

/s/ *with permission*
ROBERT WAGGENER
Attorney for Defendant
DEMARCUS HICKS

/s/ *with permission*
MARTHA BOERSCH
Attorney for Defendant COSTELLO

/s/ *with permission*
STEVEN KALAR
Attorney for Defendant SKOROCHOD

STIPULATION TO SET STATUS AND EXCLUDE TIME
Case Nos. 20-CR-0108 JD
       13-CR-0079 JD

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court hereby orders that the parties appear before this Court on November 15, 2021, at 10:30 a.m. for a status hearing. The Court further finds that failing to exclude the time from October 21, 2021 through November 15, 2021 would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from October 21, 2021 to November 15, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 21, 2021 through November 15, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
HON. JAMES DONATO
United States District Judge

STIPULATION TO SET STATUS AND EXCLUDE TIME
Case Nos. 20-CR-0108 JD
         13-CR-0079 JD