# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Criminal Minutes

Date:  September 12, 2022                                      Judge:  Hon. James Donato

Court Reporter: Marla Knox

Time: 1 Hour & 3 Minutes
Case No.          3:20-cr-00108-JD-1 USA v. Mark Django Hicks
Case Name     4:13-cr-00079-JD-1 USA v. Mark Django Hicks

Attorney(s) for Government:      David Ward
Attorney(s) for Defendant(s):    Edwin Prather
Probation Officer: Denise Mancia/Kevin Thomas

Deputy Clerk:  Lisa Clark

### PROCEEDINGS

Sentencing Hearing -- Held

### NOTES AND ORDERS

Defendant is sentenced to 87 months custody: 53 months for Counts One, Three, and Thirteen of Case No. 20-108, to be served concurrently, 24 months for Count Twenty-One of Case No. 20-108 to be served consecutively to all other counts, and 10 months for the supervised release violation of Case No. 13-0079.  Following the term of custody, defendant is sentenced to 3 years supervised release for Counts One, Three, and Thirteen of Case No. 20-108 and 1 year supervised release for Count Twenty-One of Case No. 20-108, all terms to be served concurrently.  The Court imposes a $400 special assessment, restitution in the amount of $1,904,988.79, and orders forfeiture as agreed in the plea agreement, Dkt. No. 289.

$250,640.93 restitution remains imposed from Case No. 13-0079.

The Court recommends to the BOP that defendant participate in RDAP while in custody.

The government's request to dismiss the remaining charges against defendant is granted.

Defendant's request for voluntary surrender is granted, and a separate order will be filed.  The Court recommends that the defendant serve his sentence at FMC Rochester in Minnesota under Care Level 4 based on his medical needs.